# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| JOSEPH HUNTER, III | § | |
| | § | **CIVIL ACTION NO. 4:21-CV-865** |
| v. | § | |
| | § | **(JUDGE MAZZANT/JUDGE DURRETT)** |
| COMMISSIONER, SSA | § | |
| | § | |

## MEMORANDUM ADOPTING THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation ("Report") of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On March 14, 2024, the Magistrate Judge entered a Report (Dkt. #32) that the Commissioner's decision be affirmed.

Having received the Report of the Magistrate Judge, considered Plaintiff's objections (Dkt. #33), and having conducted a de novo review, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that the decision of the Commissioner is **AFFIRMED**.

All relief not previously granted is **DENIED**.

**IT IS SO ORDERED.**

**SIGNED** this 27th day of March, 2024.

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE